88 P.3d 689

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**April 13, 2004**

| | | |
|---|---|---|
| 25337 | State v. Gaines | Affirmed |

**April 15, 2004**

| | | |
|---|---|---|
| 25155 | Pacheco v. State | Affirmed |
| 24742 | State v. Rychener | Affirmed |

**April 20, 2004**

| | | |
|---|---|---|
| 25192 | Howard v. Howard | Affirmed |

**April 23, 2004**

| | | |
|---|---|---|
| 25505 | Doe, In re | Affirmed |

**April 29, 2004**

| | | |
|---|---|---|
| 25282 | State v. Baker | Affirmed |

**May 6, 2004**

| | | |
|---|---|---|
| 25360 | State v. Samson | Affirmed |